IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PAMELA Y. DOMINICK,

        Plaintiff,    :    Case No. 3:11-cv-446

  - vs -    :    District Judge Walter Herbert Rice
                  Magistrate Judge Michael R. Merz

DEPARTMENT OF THE AIR FORCE,  :

        Defendant.    :

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that the complaint is DISMISSED with prejudice as barred by the statute of limitations and this case is TERMINATED on the docket of this Court.

January 11, 2012.

                                                     Walter Herbert Rice
                                                   United States District Judge